Michael Kilmurry, Respondent, v. Washington Bulkley, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Hedwig Kliewer, as Administratrix, etc., of Max Kliewer, Deceased, Respondent, v. Hudson and Manhattan Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.